IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCES SCARBOROUGH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION | : | NO. 15-3779 |
| | : | |
| CHASE a/k/a CHASE HOME FINANCE LLC a/k/a CHASE MANHATTAN MORTGAGE CORPORATION a/k/a JP MORGAN CHASE | : : : | |

## ORDER

AND NOW, this 22nd day of July, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis*, her *pro se* complaint, and her motion to seal, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), for the reasons stated in the Court's Memorandum.

3. The motion to seal is DENIED. The Clerk of Court shall UNSEAL the docket and all documents filed in the case.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.